Cause number:
01-11-00704-CV
Style:
In the Interest of J.C.H.
Date motion filed[*]:
October 1, 2013
Type of motion:
Motion for extension of time to file brief
Party filing motion:
Appellant
Document to be filed:
Brief

Is appeal accelerated? Yes

If motion to extend time:

 Original due date:
October 2, 2013
 Number of previous extensions granted:
 0 Current Due date: October 2, 2013
 Date Requested:
November 2, 2013

Ordered that motion is:

 Granted
 If document is to be filed, document due: November 1, 2013
 Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time 
* Denied
* Dismissed (e.g., want of jurisdiction, moot)
* Other: _____________________________________ 

Appellant requests an extension of time to file her brief. We grant appellant's motion for extension of 

time and order appellant's brief to be filed no later than November 1, 2013. Due to the previous delays in

this appeal, no further extensions of time to file appellant's brief will be granted, absent extraordinary

circumstances. See Tex. R. App. P. 38.6(d). Appellee's brief will be due 20 days from the date appellant's

brief is filed. See Tex. R. App. P. 38.6(b).

Judge's signature: /s/ Laura C. Higley
 Acting individually  Acting for the Court

Panel consists of ____________________________________________

Date: October 7, 2013